UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES C. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1479 MCE AC P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis with a civil rights action, has requested appointment of counsel. ECF No. 15. In support of the motion, plaintiff states that he is unable to afford counsel; that the issues in this action are complex and he has limited knowledge of the law; that he has limited access to the prison law library, and that he suffers from a health diagnosis which ultimately prevents him from litigating complicated matters. See id. at 1.

　　A review of the docket indicates that currently before the District Court Judge assigned to this matter are findings and recommendations which recommend that this action be dismissed for lack of jurisdiction. See ECF No. 7. Because the adoption of the recommendation will dispose of this action, plaintiff's request for the appointment of counsel is premature.

////

////

////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of
2 counsel (ECF No. 15) is DENIED as premature.
3 DATED: August 25, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE